# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

**JEFFREY THRALL**

    vs.                         **CASE NUMBER: 5:09-CV-567 (NPM/GHL)**

**CNY CENTRO, INC.; CHARLES WATSON, as the Business Agent of the Amalgamated Transit Union Local 580; and AMALGAMATED TRANSIT UNION LOCAL 580**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Motion to Dismiss filed by defendants Charles Watson and Amalgamated Transit Union Local 580 is granted in its entirety; further that the Motion to Dismiss filed by defendant CNY Centro, Inc. is granted in its entirety; further the Motion for Sanctions filed by defendants Charles Watson and Amalgamated Transit Union Local 580 is denied, and the Motion for Sanctions filed by CNY Centro, Inc., is denied. Judgment is entered in favor of the defendants and this case is closed.

All of the above pursuant to the order of the Honorable Judge Neal P. McCurn, dated the 18th day of February, 2011.

DATED: February 23, 2011

*[signature: Lawrence K. Baerman]*
Clerk of Court

s/

_____
Joanne Bleskoski
Deputy Clerk